| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Rebecca A. Solarz, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>rsolarz@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for The Bank of New York Mellon | |
| In Re:<br>Lesley Leslie<br><br>                    Debtor | Case No: <u>18-34274 RG</u><br><br>Chapter: <u>13</u><br><br>Judge: ROSEMARY GAMBARDELLA |

**NOTICE OF APPEARANCE**

      Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of The Bank of New York Mellon.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

216 Haddon Avenue, Ste. 406
Westmont, NJ 08108

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒  All documents and pleadings of any nature.


Date:12/19/2018                                                    **/s/ Rebecca A. Solarz, Esquire**
                                                                              Rebecca A. Solarz, Esquire
                                                                              Brian C. Nicholas, Esquire
                                                                              **KML Law Group, P.C.**
                                                                              216 Haddon Avenue, Ste. 406
                                                                              Westmont, NJ 08108
                                                                              (609) 250-0700 (NJ)
                                                                              (215) 627-1322 (PA)
                                                                              FAX: (609) 385-2214
                                                                              Attorney for Movant/Applicant

*new 8/1/15*