**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)
McKENNA, DuPONT, HIGGINS & STONE
Michael R. DuPont, Esquire (MRD/2077)
PO Box 610
229 Broad Street
Red Bank, NJ 07701-0610
732.741.6681
Counsel for Rutgers Federal Credit Union

In Re:

LESLEY LESLIE

Case No. 18-34274

Chapter: 13

Judge: RG

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Rutgers Federal Credit Union. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

    McKENNA, DuPONT, HIGGINS & STONE
    Attention: Michael R. DuPont, Esquire
    PO Box 610
    229 Broad Street
    Red Bank, NJ 07701-0610
    Email: dupont@redbanklaw.com

DOCUMENTS:

    ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

    ☐ All documents and pleadings of any nature.

    McKENNA, DuPONT, HIGGINS & STONE, PC
    Counsel to Rutgers Federal Credit Union

    ***/s/ Michael R. DuPont, Esquire***
    MICHAEL R. DuPONT, Esq.

Dated: January 9, 2019

*new.8/1/15*