**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)
DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
Phone: (908) 351-1984
Fax: (908) 351-1982
Attorney for the Debtor

In Re:

Lesley Leslie,

Case No.: 18-34274
Chapter: 13
Adv. No.: 
Hearing Date: 2 / 20 / 2019
Judge: RG

## CERTIFICATION OF SERVICE

1. I, Donald C. Goins, Esq. :

   ☒ represent _the debtor_ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On January 23, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   - Notice of Chapter 13 Plan Transmittal
   - CMA
   - Chapter 13 Plan
   - Certificate of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 1 / 24 / 2019

/s/ Donald C. Goins, Esq.
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Managing Agent<br>Select Portfolio Servicing, Inc.<br>3217 S Decker Lake Drive<br>Salt Lake City, UT 84119-3284 | Secured Creditor with 2nd Mortgage on<br>412 S. 19th, St., Newark NJ | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lesley Leslie<br>412 South 19th Street<br>Newark, NJ 07206 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |