UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
Phone: (908) 351-1984
Fax: (908) 351-1982
Attorney for the Debtor

In Re:
Lesley Leslie,

Case No.: 18-34274
Chapter: 13
Adv. No.:
Hearing Date: 2 / 20 / 2019
Judge: RG

## CERTIFICATION OF SERVICE

1. I, __Donald C. Goins, Esq.__ :

    ☒ represent ____the debtor____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __January 23, 2019__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    - Notice of Chapter 13 Plan Transmittal
    - CMA
    - Chapter 13 Plan
    - Certificate of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 1 / 24 / 2019

/s/ Donald C. Goins, Esq.
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Managing Agent<br>MGC Mortgage, Inc.<br>1 Corporate Drive<br>Suite 360<br>Lake Zurich, IL 60047-8945 | Secured Creditor with 2nd Mortgage on<br>617-619 Stuyvesant Avenue<br>Irvington, NJ 07111 | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lesley Leslie<br>412 South 19th Street<br>Newark, NJ 07206 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |