**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

IN RE:                                                                                    CASE NO.: 18-34274-RG
                                                                                                     CHAPTER 13
**Lesley Leslie,**

   **Debtor.**
_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of MTGLQ INVESTORS, L.P. ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**BANKRUPTCY DEPARTMENT**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

                                                  RAS Crane, LLC
                                                  Authorized Agent for Secured Creditor
                                                  10700 Abbott's Bridge Road, Suite 170
                                                  Duluth, GA 30097
                                                  Telephone: 470-321-7112
                                                  Facsimile: 404-393-1425
                                                  By: /s/Laura Egerman
                                                  Laura Egerman, Esquire
                                                  Email: legerman@rasnj.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 26, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

GOINS & GOINS
323 WASHINGTON AVENUE
ELIZABETH, NJ  07202

LESLEY LESLIE
412 S. 19TH STREET, FL 2
NEWARK, NJ  07103

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD
SUITE 330
FAIRFIELD, NJ  07004

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425
By: /s/Laura Egerman
Laura Egerman, Esquire
Email: legerman@rasnj.com