UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Bank of New York Mellon

In Re:

Lesley Leslie,

Debtor.

Case No.: __18-34274-RG__

Chapter: __13__

Hearing Date: __2/20/2019__

Judge: __Gambardella__

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Objection to Confirmation (Docket # 24)

_____

Date: 2/13/2019                           /s/ Denise Carlon
                                          Signature

*rev.8/1/15*