UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
Phone: (908) 351-1984
Fax: (908) 351-1982
Attorney for the Debtor

Order Filed on June 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Lesley Leslie,

Case No.: 18-34274
Chapter: 13
Judge: RG

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 5, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___2 / 27 / 2019___ :

Property:    412 S. 19th Street, 2nd Floor, Newark NJ 07103

Creditor:    Select Portfolio Servicing

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ___the debtor___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___09/16/2019___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Lesley Leslie  
    Debtor

Case No. 18-34274-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jun 05, 2019  
                     Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2019.  
db          +Lesley Leslie,    412 S. 19th Street, Fl 2,    Newark, NJ 07103-1214

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2019 at the address(es) listed below:

           Denise E. Carlon     on behalf of Creditor     THE BANK OF NEW YORK MELLON dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Donald C. Goins     on behalf of Debtor Lesley   Leslie dcgoins1@gmail.com, G25787@notify.cincompass.com  
           Laura M. Egerman     on behalf of Creditor     MTGLQ INVESTORS, L.P. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
           Laura M. Egerman     on behalf of Creditor     MTGLQ Investors, L.P. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
           Marie-Ann Greenberg     magecf@magtrustee.com  
           Melissa N. Licker     on behalf of Creditor     THE BANK OF NEW YORK MELLON NJ_ECF_Notices@mccalla.com  
           Michael R. DuPont     on behalf of Creditor     Rutgers Federal Credit Union dupont@redbanklaw.com, dana@redbanklaw.com  
           Phillip Andrew Raymond     on behalf of Creditor     The Bank of New York Mellon by Select Portfolio Servicing, Inc., as servicing agent phillip.raymond@mccalla.com  
           Rebecca Ann Solarz     on behalf of Creditor     THE BANK OF NEW YORK MELLON rsolarz@kmllawgroup.com  
           Robert P. Saltzman     on behalf of Creditor     RLF Mortgage dnj@pbslaw.org  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                                         TOTAL: 11