Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−34274−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Lesley Leslie
412 S. 19th Street, Fl 2
Newark, NJ 07103

Social Security No.:
xxx−xx−4395

Employer's Tax I.D. No.:

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on September 30, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 46 − 45
Order Granting Application for Extension of Loss Mitigation (Related Doc # 45). Loss Mitigation Period Extended to: 12/30/2019. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/27/2019. (car)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 30, 2019
JAN: car

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-34274-RG
Lesley Leslie                                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1              Date Rcvd: Sep 30, 2019
                            Form ID: orderntc        Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2019.
db          +Lesley Leslie,    412 S. 19th Street, Fl 2,    Newark, NJ 07103-4988
cr          +MTGLQ INVESTORS, L.P.,    RAS Crane, LLC,    10700 Abbott's Bridge Road, Suite 170,
              Duluth, GA 30097-8461
cr          +RLF Mortgage,    1 Corporate Drive,    Suite 360,    Lake Zurich, IL 60047-8945
cr          +Rutgers Federal Credit Union,    McKenna, DuPont, Higgins & Stone, PC,    PO Box 610,
              229 Broad Street,    Red Bank, NJ 07701-2009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: gecsedi@recoverycorp.com Oct 01 2019 01:43:09
              Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donald C. Goins    on behalf of Debtor Lesley  Leslie dcgoins1@gmail.com,
               G25787@notify.cincompass.com
              Laura M. Egerman    on behalf of Creditor    MTGLQ Investors, L.P. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    THE BANK OF NEW YORK MELLON NJ_ECF_Notices@mccalla.com
              Michael R. DuPont    on behalf of Creditor    Rutgers Federal Credit Union dupont@redbanklaw.com,
               dana@redbanklaw.com
              Phillip Andrew Raymond    on behalf of Creditor    The Bank of New York Mellon by Select Portfolio
               Servicing, Inc., as servicing agent phillip.raymond@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    RLF Mortgage dnj@pbslaw.org
              Sindi Mncina    on behalf of Creditor    MTGLQ Investors, L.P. smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12