DONALD C GOINS, ESQ
GOINS & GOINS PA
323 WASHINGTON AVE
ELIZABETH, NJ  07202

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020**
Chapter 13 Case # 18-34274

Re:   LESLEY LESLIE
      412 S. 19TH STREET
      NEWARK, NJ  07103

Atty: DONALD C GOINS, ESQ
      GOINS & GOINS PA
      323 WASHINGTON AVE
      ELIZABETH, NJ  07202

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $10,008.00**

## RECEIPTS AS OF 01/15/2020   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/22/2019 | $278.00 | 5560745000 | 02/19/2019 | $278.00 | 5628702000 |
| 03/15/2019 | $278.00 | 5705020000 | 04/16/2019 | $278.00 | 5787201000 |
| 05/22/2019 | $278.00 | 5878919000 | 06/18/2019 | $278.00 | 5947516000 |
| 07/25/2019 | $278.00 | 6038641000 | 08/19/2019 | $278.00 | 6105810000 |
| 09/26/2019 | $278.00 | 6203586000 | 10/28/2019 | $278.00 | 6281759000 |
| 11/25/2019 | $278.00 | 6351508000 | 12/24/2019 | $278.00 | 6426321000 |

**Total Receipts: $3,336.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $3,336.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK | | | | | | |
| | 08/19/2019 | $94.74 | 8,001,155 | 08/19/2019 | $47.08 | 8,001,155 |
| | 09/16/2019 | $15.97 | 8,001,198 | 09/16/2019 | $7.95 | 8,001,198 |
| | 10/21/2019 | $15.98 | 8,001,242 | 10/21/2019 | $7.94 | 8,001,242 |
| | 11/18/2019 | $16.39 | 8,001,283 | 11/18/2019 | $8.14 | 8,001,283 |
| | 12/16/2019 | $15.78 | 8,001,324 | 12/16/2019 | $7.84 | 8,001,324 |
| | 01/13/2020 | $15.78 | 8,001,369 | 01/13/2020 | $7.84 | 8,001,369 |
| RLF MORTGAGE CORPORATION | | | | | | |
| | 08/19/2019 | $938.08 | 831,063 | 09/16/2019 | $158.23 | 833,104 |
| | 10/21/2019 | $158.21 | 835,091 | 11/18/2019 | $162.35 | 837,187 |
| | 12/16/2019 | $156.24 | 839,109 | 01/13/2020 | $156.24 | 840,984 |
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 08/19/2019 | $480.19 | 830,614 | 09/16/2019 | $80.99 | 832,692 |
| | 10/21/2019 | $80.99 | 834,656 | 11/18/2019 | $83.10 | 836,774 |
| | 12/16/2019 | $79.98 | 838,716 | 01/13/2020 | $79.98 | 840,600 |
| SYNCHRONY BANK | | | | | | |
| | 08/19/2019 | $22.28 | 832,257 | 10/21/2019 | $7.51 | 836,306 |
| | 12/16/2019 | $7.56 | 838,817 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|

**Chapter 13 Case # 18-34274**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 155.40 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS BANK | UNSECURED | 4,206.88 | * | 174.64 | |
| 0002 | AMERICAN EXPRESS BANK | UNSECURED | 2,090.78 | * | 86.79 | |
| 0003 | RLF MORTGAGE CORPORATION | UNSECURED | 41,658.62 | * | 1,729.35 | |
| 0004 | RUTGERS FEDERAL CREDIT UNION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0005 | THE BANK OF NEW YORK MELLON | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0006 | MTGLQ INVESTORS LP | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0009 | SELECT PORTFOLIO SERVICING INC | UNSECURED | 21,324.45 | * | 885.23 | |
| 0010 | SYNCHRONY BANK | UNSECURED | 989.09 | * | 37.35 | |

**Total Paid: $3,068.76**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $3,336.00    -    Paid to Claims: $2,913.36    -    Admin Costs Paid: $155.40    =    Funds on Hand: $267.24

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.