UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on February 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

LESLEY LESLIE

Case No.:  18-34274 RG

Hearing Date:  2/19/2020

## INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 20, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): LESLEY LESLIE

Case No.: 18-34274

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 02/19/2020 on notice to DONALD C GOINS, ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a motion to approve loan modification on Irvington property by 2/26/2020; and it is further

- ORDERED, that if the Court's Docket does not reflect a motion to approve loan modification has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that the Debtor(s) file a motion to re-enter loss mitigation program in respect to Newark property by 2/26/2020; and it is further

- ORDERED, that if the Court's Docket does not reflect a motion to re-enter loss mitigation program has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that the Trustee's Certification of Default will be adjourned to 3/18/2020 at 10:00 a.m.