Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−34274−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lesley Leslie
   412 S. 19th Street, Fl 2
   Newark, NJ 07103

Social Security No.:
   xxx−xx−4395

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/1/20 at 10:00 AM

to consider and act upon the following:

**59** − Limited Objection to Debtor(s) Motion to Approve Loan Modification (related document:57 Motion to Approve Loan Modification with Selene Finance Filed by Donald C. Goins on behalf of Lesley Leslie. Objection deadline is 03/9/2020. (Attachments: # 1 Certification in Support of Motion to Approve Loan Modification # 2 Exhibit A # 3 Proposed Order to Authorize Loan Modification Agreement # 4 Certificate of Service) filed by Debtor Lesley Leslie) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 3/2/20

                Jeanne Naughton
                Clerk, U.S. Bankruptcy Court