| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>DONALD C. GOINS, ESQ. (DCG1005)<br>GOINS & GOINS, LLC<br>323 Washington Avenue<br>Elizabeth, NJ 07202<br>Phone: (908) 351-1984<br>Fax: (908) 351-1982<br>Attorney for the Debtor<br><br>In Re:<br>Lesley Leslie, | Case No.: 18-34274<br><br>Chapter: 13<br><br>Adv. No.: <br><br>Hearing Date: 5 / 6 / 2020<br><br>Judge: RG |

## CERTIFICATION OF SERVICE

1. I, **Donald C. Goins, Esq.** :

   ☒ represent **the debtor** in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On **3 / 31 / 2020**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   - Notice of Motion to Approve Loan Modification
   - Certification in Support of Motion
   - Exhibit A
   - Proposed Order Approving Loan Modification   - Certificate of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 3 / 31 / 2020

/s/ Donald C. Goins, Esq.
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Selene Finance<br>9990 Richmond Avenue<br>Suite 400 South<br>Houston, TX 77042 | Secured creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Selene Finance<br>c/o RAS Citron, LLC<br>130 Clinton Road<br>Suite 202<br>Fairfield, NJ 07004 | Attorneys for the Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lesley Leslie<br>412 S. 19th Street, Fl 2<br>Newark, NJ 07103 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |