| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>**Chapter 13 Standing Trustee** | Order Filed on May 8, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

IN RE:

    LESLEY LESLIE

Case No.:  18-34274 RG

Hearing Date:  5/6/2020

# INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: May 8, 2020**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): LESLEY LESLIE

Case No.: 18-34274

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 05/06/2020 on notice to DONALD C GOINS, ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must become current with Trustee payments through May 2020 by 5/31/2020 or the case will be dismissed; and it is further

- ORDERED, that the Trustee's Certification of Default will be adjourned to 7/15/2020 at 10:00 a.m.