Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 18−34274−RG
                              Chapter: 13
                              Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lesley Leslie
   412 S. 19th Street, Fl 2
   Newark, NJ 07103

Social Security No.:
   xxx−xx−4395

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/3/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 3, 2020
JAN: slm

                                                                             Jeanne Naughton
                                                                             Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 18-34274-RG
Lesley Leslie                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Aug 03, 2020
                              Form ID: 148             Total Noticed: 22

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2020.
db             +Lesley Leslie,    412 S. 19th Street, Fl 2,    Newark, NJ 07103-4988
cr             +MTGLQ INVESTORS, L.P.,    RAS Crane, LLC,    10700 Abbott's Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
cr             +Rutgers Federal Credit Union,    McKenna, DuPont, Higgins & Stone, PC,    PO Box 610,
                 229 Broad Street,    Red Bank, NJ 07701-2009
517915374       MGC Mortgage Inc.,    1 Corporate Dr Ste 360,    Lake Zurich, IL  60047-8945
518031167      +RLF Mortgage Corporation,    1 Corporate Drive, Suite 360,    Lake Zurich, IL 60047-8945
517915375       Rutger's Federal Credit Union,    100 College Ave,    New Brunswick, NJ  08901-1438
518037303       The Bank of New York Mellon,    P.O. Box 65250,    Salt Lake City, UT 84165-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 04 2020 00:29:03     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 04 2020 00:29:00     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517915373      +EDI: AMEREXPR.COM Aug 04 2020 03:38:00     American Express,    P.O. Box 981532,
                 El Paso, TX 79998-1532
517915372      +EDI: AMEREXPR.COM Aug 04 2020 03:38:00     American Express,    P.O. Box 981537,
                 El Paso, TX 79998-1537
517950964       EDI: BECKLEE.COM Aug 04 2020 03:38:00     American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
518037417      +E-mail/Text: bkteam@selenefinance.com Aug 04 2020 00:27:35     MTGLQ Investors, L.P.,
                 C/O Selene Finance L.P.,    9990 Richmond Ave, Suite 400 South,    Houston, TX 77042-4546
517962348       E-mail/Text: laura@redbanklaw.com Aug 04 2020 00:27:24     Rutgers Federal Credit Union,
                 C/O McKenna, DuPont, Higgins & Stone, PC,    PO Box 610,    Red Bank, NJ 07701-0610
518036126      +E-mail/Text: bncmail@w-legal.com Aug 04 2020 00:29:12     SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517915376       E-mail/Text: jennifer.chacon@spservicing.com Aug 04 2020 00:29:51
                 Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT  84165-0250
517915377       E-mail/Text: bkteam@selenefinance.com Aug 04 2020 00:27:35     Selene Finance,
                 9990 Richmond Ave Ste 400,    Houston, TX  77042-4546
518321143      +EDI: RMSC.COM Aug 04 2020 03:38:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518528987      +EDI: RMSC.COM Aug 04 2020 03:38:00     Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
518037493       E-mail/Text: jennifer.chacon@spservicing.com Aug 04 2020 00:29:51
                 The Bank of New York Mellon,    c/o Select Portfolio Servicing,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
518905210      +E-mail/Text: bknotices@snsc.com Aug 04 2020 00:29:44
                 U.S. Bank Trust National Association, as,    Trustee of the BKPL Series I trust,
                 c/o SN Servicing Corporation,    323 Fifth Street,    Eureka, CA 95501-0305
518905211      +E-mail/Text: bknotices@snsc.com Aug 04 2020 00:29:45
                 U.S. Bank Trust National Association, as,    Trustee of the BKPL Series I trust,
                 c/o SN Servicing Corporation,    323 Fifth Street,    Eureka, CA 95501,
                 U.S. Bank Trust National Association, as 95501-0305
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518037415       MTGLQ INVESTORS, L.P.,    C/O Selene Finance, L.P.
cr*            +RLF Mortgage,    1 Corporate Drive,    Suite 360,    Lake Zurich, IL 60047-8945
cr*            +Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
                                                                                    TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Aug 03, 2020
                              Form ID: 148             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2020 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Donald C. Goins    on behalf of Debtor Lesley  Leslie dcgoins1@gmail.com,
           G25787@notify.cincompass.com
          Laura M. Egerman    on behalf of Creditor    MTGLQ Investors, L.P. bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Melissa N. Licker    on behalf of Creditor    THE BANK OF NEW YORK MELLON
           NJ_ECF_Notices@mccalla.com,  mccallaecf@ecf.courtdrive.com
          Michael R. DuPont    on behalf of Creditor    Rutgers Federal Credit Union dupont@redbanklaw.com,
           dana@redbanklaw.com
          Phillip Andrew Raymond    on behalf of Creditor    The Bank of New York Mellon by Select Portfolio
           Servicing, Inc., as servicing agent phillip.raymond@mccalla.com,  mccallaecf@ecf.courtdrive.com
          Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON rsolarz@kmllawgroup.com
          Robert P. Saltzman    on behalf of Creditor    RLF Mortgage dnj@pbslaw.org
          Sindi  Mncina    on behalf of Creditor    MTGLQ Investors, L.P. smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12
```