**UNITED STATES BANKRUPTY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

LESLEY LESLIE,                                                    Case No.:  18-34274 RG

                                          **Debtor**

### NOTICE DEPOSITING UNCLAIMED FUNDS
### PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the Court in the amount of $152.57, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.

Payee Name & Address:        RLF MORTGAGE CORPORATION
                             1 CORPORATE DR STE 360
                             LAKE ZURICH, IL  60047

Amount:                      $152.57

Trustee Claim Number:        3

Court Claim Number:          4

Reason:                      Creditor not accepting payments

                                     By:   /S/  Marie-Ann Greenberg
Dated:  November 16, 2020                  MARIE-ANN GREENBERG
                                           CHAPTER 13 STANDING TRUSTEE